**Exhibit A to the Complaint**

**Location:** San Jose, CA                                   **IP Address:** 67.169.135.208
**Total Works Infringed:** 25                               **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1FE3839B53E859A80F7B2B108EC461E6FE6AD803 | 02/27/2026 23:34:21 | Vixen | 02/26/2026 | 03/09/2026 | PA0002572162 |
| 2 | 9B687877CDE2F37E6FE6EE02DB2ECA7AC205810B | 02/25/2026 09:30:45 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 3 | AF9305A63AD7F1C6F73DDA460654873DC740D016 | 02/03/2026 22:41:16 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 4 | A5FBB3C8ED864C6A6E8794FBD440F61D818B967B | 01/22/2026 20:06:47 | Vixen | 01/22/2026 | 01/28/2026 | PA0002563706 |
| 5 | 969CDEC5FB52F6685ABF8FDA7A6052E36980E1AE | 01/03/2026 01:38:29 | Vixen | 01/02/2026 | 01/07/2026 | PA0002559445 |
| 6 | 22F0AFE9A2B6AB902BECF8DB82D241ACCEA28ABE | 12/03/2025 21:20:10 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 7 | 3002CFE76D22380B3197098EF177AD6F2603C955 | 11/26/2025 08:43:33 | Blacked Raw | 11/22/2025 | 11/26/2025 | PA0002554947 |
| 8 | EE65EE598A05C78F9B5D2C5E34BA8807209DA168 | 11/10/2025 08:25:50 | Tushy | 11/09/2025 | 11/14/2025 | PA0002553537 |
| 9 | E37EE43F46A734D822E0F758EADA417480D0B360 | 10/07/2025 21:18:57 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 10 | 4DAB50CA44A207407EA3E36D005448C3D268AA5E | 10/07/2025 21:15:33 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 11 | 27386CD49CA73ABF29481728D883EB8ABD4B743B | 10/06/2025 20:06:51 | Vixen | 10/04/2025 | 11/10/2025 | PA0002553386 |
| 12 | 61E2D519CF63D8E152A047B1E95ED56717556074 | 09/17/2025 07:38:38 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 13 | ABF7F31DF69B5EDCBD9852D57E97815C35D9A5EC | 09/08/2025 20:17:22 | Vixen | 09/04/2025 | 09/16/2025 | PA0002550977 |
| 14 | 937E427FFCD470943253D1871C2889B4CA595769 | 07/25/2025 23:15:14 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 15 | 289F38E6A6C0E8275417C024BB4454E9D3743959 | 07/01/2025 09:44:17 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 16 | E3D5BFE71FFCA91E0A18027947CCC3142242F56D | 06/20/2025 19:33:39 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 50D1C59EF09CF1DFC4958E0516347F191F9724E8 | 04/10/2025 01:23:46 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 18 | 627C10E12DB5CA937EE1FBEC0931C2209C612E50 | 03/24/2025 17:52:32 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 19 | FE699937DDAB4FA04772B1BD6BAF7CC6722C6AC9 | 02/21/2025 23:11:22 | Vixen | 02/21/2025 | 03/28/2025 | PA0002522471 |
| 20 | a432800ba108484173da2fae0e7925636b9bb24c | 02/13/2025 07:51:23 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 21 | 13A50BAD3A1FDC11219E4E48FE0764F41122FAF4 | 02/08/2025 02:45:11 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 22 | 681E13F088B4EAF454FE481203BD8A261F652296 | 02/08/2025 02:30:32 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 23 | E169084755FC78ED89A175EACBE9C5C4E312C161 | 02/04/2025 22:53:26 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 24 | B4E8057332BF8AEB2142569B5256FA620DD6B062 | 02/04/2025 21:51:13 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 25 | 7f46b0f9df019abbd81acfc6a8e460ca9372121f | 10/14/2024 08:11:53 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |